# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CRUNCHYROLL, INC.,<br><br>    Defendant. | CASE NO. 6:15-CV-238-RWS-JDL<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL OF DEFENDANT CRUNCHYROLL, INC., PURSUANT TO FED. R. CIV. P. 41

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Rothschild Broadcast Distribution Systems, LLC, and Defendant Crunchyroll, Inc., hereby stipulate to dismiss with prejudice all claims against Defendant Crunchyroll, Inc., in the above-captioned action. Each party is to bear its own attorneys' fees and costs.

A proposed order is attached.

DATED:  August 31, 2015				Respectfully Submitted,


						By:/s/*Charles Ainsworth*

						Charles Ainsworth
						State Bar No.  00783521
						Robert Christopher Bunt
						State Bar No. 00787165
						PARKER, BUNT & AINSWORTH, P.C.
						100 E. Ferguson, Suite 1114
						Tyler, TX 75702
						903/531-3535
						903/533-9687
						E-mail: charley@pbatyler.com
						E-mail: rcbunt@pbatyler.com

						**ATTORNEYS FOR PLAINTIFF
						ROTHSCHILD BROADCAST
						DISTRIBUTION SYSTEMS, LLC**


						By: */s/ Bryan A. Kohm with permission*

						Michael J. Sacksteder
						CSB No. 191605 (Admitted E.D. Texas)
						Bryan A. Kohm
						CSB No. 233276 (Admitted E.D. Texas)
						FENWICK & WEST LLP
						555 California Street, 12th Floor
						San Francisco, CA 94104
						Telephone: 415.875.2300
						Facsimile: 415.281.1350
						msacksteder@fenwick.com;
						bkohm@fenwick.com


						**ATTORNEYS FOR DEFENDANT
						CRUNCHYROLL, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 31st day of August, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                      */s/ Charles Ainsworth*
                      Charles Ainsworth