# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CRUNCHYROLL, INC., <br><br> Defendant. | CASE NO. 6:15-CV-238-RWS-JDL <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Came for consideration before the Court is the Stipulation of Dismissal with Prejudice of Defendant Crunchyroll, Inc., pursuant to Fed. R. Civ. P. 41(a) filed by Plaintiff Rothschild Broadcast Distribution Systems, LLC.  Upon consideration of the same, the Court is of the opinion that the Dismissal of Defendant Crunchyroll, Inc., with prejudice should be GRANTED.

It is further ORDERED that each party is to bear its own attorneys' fees and costs.

**SIGNED this 14th day of October, 2015.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE